

FILED
HARRISBURG, PA
AUG 30 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 4:17-CR-262 |
| v. | (JUDGE Brann) |
| JARED MARC BROWN, | (ELECTRONICALLY FILED) |
| Defendant. | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

On or about June 14, 2017, in Union County, within the Middle District of Pennsylvania, the defendant,

JARED MARC BROWN,

did knowingly and willfully make a threat to take the life of the President of the United States.

All in violation of Title 18, United States Code. Section 871.

A TRUE BILL

~~[redacted signature]~~
FOREPERSON, GRAND JURY

BRUCE D. BRANDLER
UNITED STATES ATTORNEY

2017-AUG-30
DATE

_____
JAMES T. CLANCY
ASSISTANT U.S. ATTORNEY